IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-01897-PAB-CBS

JUDY ROADCAP,

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,

    Defendant.

---

**[PROPOSED] ORDER RE: OWNERS INSURANCE COMPANY'S UNOPPOSED MOTION TO MODIFY THE COURT'S SEPTEMBER 16, 2014 ORDER RE: MEDICAL RECORDS**

---

This matter comes before the Court on Owners Insurance Company's Unopposed Motion to Modify the Court's September 16, 2014 Order Re: Medical Records ("Motion")[#__]. Owners Insurance Company seeks to modify the following portion of the Court's September 16, 2014 order: "any medical records produced to date may NOT be disseminated to third parties without court approval." Courtroom Minutes/Minute Order [#23] at 2. Specifically, Owners Insurance Company requests that the order be modified to allow Owners to disseminate Ms. Roadcap's medical records to: (1) Denise Gondrez, a former Auto-Owners Insurance Company employee who was involved in the handling of Ms. Roadcap's underinsured motorist claim; and, (2) expert witnesses or consultants.

The Court, being fully advised in the premises, does hereby ORDER as follows: Owners may disseminate Ms. Roadcap's medical records to Ms. Gondrez and expert witnesses or consultants. Prior to disclosing Ms. Roadcap's medical records to Ms. Gondrez or any expert

witnesses or consultants, Owners Insurance Company's counsel shall provide the recipient with a copy of this order and obtain from such person a written acknowledgment stating that he or she has read this order and agrees that Ms. Roadcap's medical records shall not be further disseminated. All such acknowledgements shall be retained by counsel and shall be subject to *in camera* review by the Court if good cause for review is demonstrated by opposing counsel. Any of Ms. Roadcap's medical records, should they be filed with the Court, shall be filed under seal.

Date: 19 Dec 2014

BY THE COURT:

Craig B. Shaffer
United States Magistrate Judge